# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Ferrara Candy Company, <br><br> Plaintiff, <br><br> v. <br><br> Inland Empire 420 Supply and Jessica Mohr, <br><br> Defendants. | Case No. EDCV 20-2375 JGB (KKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Judgment for Plaintiff shall be entered as follows:

1. Defendants are ORDERED to destroy any remaining Medicated Nerds Rope in their possession, including packaging, and any advertising, marketing, or promotional materials that include unauthorized uses of the NERDS Marks;

2. Defendants are ENJOINED from the manufacture, marketing, sale, advertising, and distribution of Medicated Nerds Rope or any other unauthorized products bearing or advertised under the Nerds Marks, and any mark similar to or dilutive of the Nerds Marks; and engaging in any other conduct that tends to falsely represent, or that is likely to confuse, mislead, or deceive consumers into believing, that IE 420 or its products or services

are sponsored, approved, or licensed by Ferrara, or are in some way connected or affiliated with Ferrara.

3. Plaintiff is ORDERED to mail a copy of this order and the judgment concurrently filed therewith to Defendants. Plaintiff shall file Proof of Service with the Court within ten days of the date of this Order.

4. The Court shall retain jurisdiction over this matter for the purpose of enforcing Judgment.

Dated: June 23, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge